# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PAMELA SLOANE

VERSUS

FORESTWOOD APARTMENTS/BATON
ROUGE LTD., CLK MULTIFAMILY
MANAGEMENT, LLC AND ASPEN
AMERICAN INSURANCE COMPANY

NO.  2020 CW 0935

**NOVEMBER 23, 2020**

---

In Re:   CLK Multifamily Management, LLC and Aspen American
         Insurance Company, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 635068.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT DENIED.**

               **JMM**
               **GH**
               **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
     FOR THE COURT